**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANNA PINSONEAULT, ) | |
| ) | |
| Plaintiff, ) | Case No. l:21-cv-05839 |
| ) | |
| v. ) | Hon. Thomas M. Durkin |
| ) | |
| LUNDBECK PHARMACEUTICALS LLC, ) | Magistrate Judge Jeffery Cole |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

**IT IS FURTHER STIPULATED AND AGREED** that an Order pursuant to the foregoing may be entered of record without further notice to either party, upon the presentation of this Stipulation.

**IT IS FURTHER STIPULATED AND AGREED** that said dismissal shall be a bar to the bringing of any action based on or including the claim for which this action has been brought.

**WHEREFORE**, the parties hereto pray that the Court will enter an Order dismissing the Complaint with prejudice.

Dated: June 30, 2022.

ANNA PINSONEAULT, Plaintiff

By: /s/ Timothy A. Scott
One of her attorneys

Timothy A. Scott (ARDC No. 6243846)
**FEGAN SCOTT LLC**
150 South Wacker Drive
Suite 2400
Chicago, Illinois 60606
(312) 731-8097
*tim@feganscott.com*

                LUNDBECK PHARMACEUTICALS LLC, Defendant

                  By: /s/John M. Dickman
                  One of its attorneys

John M. Dickman (ARDC No. 6210329)
Ebony C. Smith (ARDC No. 6317091)
**OGLETREE, DEAKINS, NASH,**
 **SMOAK & STEWART, P.C.**
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
Facsimile: 312.807.3619
*john.dickman@ogletree.com*
*ebony.smith@ogletree.com*